1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| LEDCOR BUILDERS INC., | CASE NO. 06cv466-BEN (WMc) |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| ZURICH AMERICAN INSURANCE COMPANY, , | |
| Defendant. | |

On November 14, 2006, the Court held a telephonic status in the above captioned case. Appearing were Craig Ramseyer, Esq., Jeff Hood, Esq. and Joann Selleck, Esq. After hearing from counsel of record, and based upon its oral rulings, which are fully incorporated herein, the Court issues the following Order:

1. The Court's Case Management Order dated October 11, 2006, is still in full force and effect, unless otherwise ordered by the Court.

2. On or before **November 29, 2006**, the Defendant is required to lodge with the Court any scheduling or mediation order from any related cases.

\\
\\
\\
\\
\\

1       3. A further telephonic status conference will be held on **February 1, 2006, at 2:00 p.m.**
2 **Counsel for plaintiff is instructed to initiate the call by first telephoning opposing counsel and**
3 **then telephoning the Court at 619-557-6624.**
4       IT IS SO ORDERED.

6 DATED:  November 21, 2006

                                                   */s/ W. McCurine Jr.*

8                                      Hon. William McCurine, Jr.
                                     U.S. Magistrate Judge
9                                      United States District Court

11 cc: Honorable Roger T. Benitez
      U.S. District Judge

      All Counsel and Parties of Record