1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| LEDCOR BUILDERS INC., | CASE NO. 06cv466-BEN (WMc) |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

A further telephonic settlement disposition conference was held on June 14, 2007, in the above captioned case. Participating were Jeff Hood, Esq. (counsel for plaintiff) and Marvin Velastegui, Esq. (counsel for defendant). After hearing from counsel of record the Court issues the following Order:

1. A further telephonic status will be held **August 3, 2007 at 1:30 p.m.** <u>Attorney Hood is instructed to initiate the call.</u>

IT IS SO ORDERED.

DATED: June 25, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: Honorable Roger Benitez
    U.S. District Judge

All Counsel and Parties of Record

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28