| | |
|---|---|
| 1 | Craig A. Ramseyer (Bar No. 99099) |
| | Jeff S. Hood (Bar No. 216703) |
| 2 | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP |
| 3 | 530 B Street, Suite 2100 |
| | San Diego, California 92101 |
| 4 | (619) 238-1900 Telephone |
| | (619) 235-0398 Facsimile |
| 5 | |
| 6 | Attorneys for Plaintiff, Ledcor Builders Inc. |

FILED

2007 AUG 28  AM 8: 56

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____CP_____ DEPUTY

| | |
|---|---|
| 7 | Joann Selleck (Bar No. 145557) |
| | Marvin P. Velastegui (Bar No. 226929) |
| 8 | COZEN O'CONNOR |
| | 510 West Broadway, Suite 1610 |
| 9 | San Diego, California 92101 |
| | (619) 234-1700 Telephone |
| 10 | (619) 234-7831 Facsimile |
| 11 | Attorneys for Defendant, |
| 12 | Zurich American Insurance Company |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | LEDCOR BUILDERS INC., a Washington corporation, | Case No.: 06 CV 0466 BEN (WMc) |
| 16 | | [ORDER FOR JOINT |
| 17 | Plaintiff, | STIPULATION AND MOTION FOR DISMISSAL OF ACTION |
| 18 | v. | |
| 19 | ZURICH AMERICAN INSURANCE COMPANY, a New York corporation, | |
| 20 | Defendant. | |
| 21 | | |
| 22 | / / / | |
| 23 | / / / | |
| 24 | / / / | |
| 25 | / / / | |
| 26 | / / / | |
| 27 | / / / | |
| 28 | / / / | |

ORDER FOR JOINT STIPULATION AND MOTION FOR DISMISSAL OF ACTION

109523.000032/731444.01

1 | GOOD CAUSE SHOWING:

2 |     IT IS HEREBY ORDERED THAT the matter between LEDCOR BUILDERS INC. and

3 | ZURICH AMERICAN INSURANCE COMPANY be dismissed with prejudice based on the

4 | terms agreed to between the parties in the Joint Stipulation and Motion for Dismissal of Action.

5 | **IT IS SO ORDERED.**

7 | DATED: August 27, 2007

9 | By: /s/ _____
    U.S. District Court Judge

---

ORDER FOR JOINT STIPULATION AND MOTION FOR DISMISSAL OF ACTION
2

109523.000032/731444.01